UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| KARLA K. WILSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    No. 2:17-cv-00409-GZS |
| | ) |
| DR. CLINTON, et al., | ) |
| | ) |
|     Defendants, | ) |
| | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on July 24, 2018, his Recommended Decision (ECF No. 28). Plaintiff filed her Objection to the Recommended Decision (ECF Nos. 34 and 36) on August 30, 2018 and September 6, 2018, respectively. Defendants filed their Response to Plaintiff's Objection to the Recommended Decision (ECF No. 35) on September 11, 2018.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

    1.     It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

    2.     It is hereby **ORDERED** that Defendants' Motion to Dismiss (ECF No. 27) is **GRANTED** and Plaintiff's Complaint (ECF No. 1) is **DISMISSED** without

prejudice to Plaintiff's ability to refile her action after she has exhausted the available administrative remedies.

/s/George Z. Singal  
U.S. District Judge

Dated this 17th day of September, 2018.